**Succession of Clarence VEAL, wife of Robert A. MORGAN.**

**No. 50431.**

April 3, 1970.

In re: Sara Veal Watkins applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 230 So.2d 323.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

233 So.2d 248

**Joseph Raymond FONTENOT**

**v.**

**J. WEINGARTEN, INC.**

**No. 50455.**

April 3, 1970. ·

In re: Joseph Raymond Fontenot applying for certiorari or writ of review, to the

Court of Appeal, Third Circuit, Parish of Evangeline. 232 So.2d 143.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

233 So.2d 249

**Henry MATTHEWS**

**v.**

**John ALFORD, d/b/a Istrouma Motors and Transmission.**

**No. 50420.**

April 3, 1970.

In re: John Alford, d/b/a Istrouma Motors and Transmission applying for certiorari, or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 230 So.2d 431.

Writ refused. Only questions of fact involved.